1  SHELLIE LOTT, SBN: 246202
   Lott Law Offices, A Professional Law Corporation
2  5250 Claremont Avenue, Suite 241
3  Stockton, California 95207
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

6                    UNITED STATES DISTRICT COURT
7                    EASTERN DISTRICT OF CALIFORNIA

| STACY RENEE TREZONA, | Case No.: 1:21-cv-00792-EPG |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| KILOLO KAJIKAZI, Acting Commissioner of Social Security, | |
| Defendant. | (ECF No. 18). |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of TWO-THOUSAND THREE-HUNDRED NINE dollars and NINETY-TWO cents ($2,309.92) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and FOUR-HUNDRED TWO dollars ($402.00) in costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the

assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  August 12, 2022          */s/ Shellie Lott*
SHELLIE LOTT
Attorney for Plaintiff

PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX

Dated:  August 12, 2022          */s/ Sarah E. Preston*
(As authorized via email on 8/9/22)
SARAH E. PRESTON
Special Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 18), IT IS HEREBY ORDERED that fees and expenses, in the amount of TWO-THOUSAND THREE-HUNDRED NINE dollars and NINETY-TWO cents ($2,309.92) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and FOUR-HUNDRED TWO dollars ($402.00) in costs under 28 U.S.C. § 1920, are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __August 12, 2022__              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE